# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brent Scarano,                                    Chapter        13

   **Debtor 1**
                                                  Case No.       5:19–bk–03650–RNO

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  September 24, 2019                        By the Court,

                                                  Honorable Robert N. Opel, II
                                                  United States Bankruptcy Judge
                                                  By: PRatchford, Deputy Clerk

ordsmiss (05/18)